UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20584-UU

HOWARD ALBERT, *et al*.,

    Plaintiffs,

v.

EQUITRUST LIFE INSURANCE COMPANY,

    Defendant.
    _____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On February 14, 2018, Plaintiffs filed the Complaint on behalf of themselves and two different purported classes. D.E. 1. Each Plaintiff had a separate insurance policy with Defendant, each Plaintiff alleges different harms, and each Plaintiff purports to represent a class of individuals. *Id*. In short, this Complaint is two class actions in one, with different issues of fact and law. Resolution of these claims will involve separate motions for class certification, separate discovery, and two mini-trials within one larger trial. The Court finds that joining Plaintiffs and their respective classes in this way will unnecessary complicate and delay resolution of each Plaintiff's claims and will waste judicial resources. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Plaintiffs are SEVERED. The claims of all Plaintiffs except the first named Plaintiff, Howard Albert, are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJDUGED that all allegations regarding "Class 2" are STRICKEN and the claims brought on behalf of Class 2 are DISMISSED WITHOUT PREJUDICE.

ORDERED AND ADJDUGED that the Clerk shall drop Plaintiff Maria Soyka from the docket.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th__ day of February, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf